UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB,

                Plaintiff,

        -v.-

TREE JUICE MAPLE SYRUP, LLC,

                Defendant.

23 Civ. 05622 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

       The Court, having been advised at ECF No. 16 that the parties have reached a settlement, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 60 days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is directed to CLOSE the case.

       SO ORDERED.

Dated: September 27, 2023
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge